THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>  Plaintiff,<br><br> v.<br><br>**ZTE (USA) INC.,**<br><br>  Defendant. | **Civil Action No. 2:17-cv-00068**<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Display Technologies, LLC is a Texas limited liability company. Display Technologies, LLC has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated:  January 23, 2017

Respectfully submitted,

*/s/ Thomas C. Wright*
Thomas C. Wright, Ph.D.
State Bar No. 24028146
Alex J. Whitman
State Bar No. 24081210
Cunningham Swaim, LLP
7557 Rambler Road, Suite 400
Dallas, TX 75231
Telephone: (214) 646-1495
twright@cunninghamswaim.com
awhitman@cunninghamswaim.com