THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ZTE (USA) INC.,** *et al.*,<br><br>Defendants. | Civil Action No. 2:17-cv-00068-JRG-RSP<br><br>CONSOLIDATED LEAD CASE<br><br>JURY TRIAL DEMANDED |

### NOTICE OF DISMISSAL PURSUANT to RULE 41(a)(1)(A)(i)

Display Technologies, LLC ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of dismissal of Defendant LG Electronics USA, Inc., No. 2:17-cv-00069, and only this Defendant, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.  The defendant has not answered or filed a motion for summary judgment; therefore no order is required under the Rule.

    Respectfully submitted,

    */s/ Thomas C. Wright*
    THOMAS C. WRIGHT
    State Bar No. 24028146
    Alex J. Whitman
    State Bar No. 24081210
    **CUNNINGHAM SWAIM, LLP**
    7557 Rambler Road, Suite 400
    Dallas, Texas 75231
    Phone:  214-646-1495
    Facsimile: 214-613-1163
    twright@cunninghamswaim.com

    **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 11th day of July, 2017, all counsel of record are being served with a copy of this document through the Courts CM/ECF system.

                                                 */s/ Thomas C. Wright*
                                                 Thomas C. Wright