**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| DISPLAY TECHNOLOGIES, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>ZTE (USA) INC.,<br><br>*Defendant*. | Case No. 2:17-CV-068-JRG-RSP<br><br>Lead Case<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO STAY ALL DEADLINES AND
NOTICE OF SETTLEMENT**

Plaintiff Display Technologies, LLC and Defendant ZTE (USA) Inc. hereby notify the Court that all matters in controversy in the consolidated action between these two parties, and only these two parties, have been settled in principal. The parties request a stay of 30 days to complete the drafting and execution of a settlement agreement and to submit appropriate dismissal papers.

A proposed order granting this Joint Motion is submitted herewith.

Dated: September 5, 2017

Respectfully submitted,

*/s/ Eric H. Findlay*

Scott R. Miller
California Bar No. 112656
smiller@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
P: 213.620.1780
F: 213.620.1398

Eric H. Findlay
Texas Bar No. 00789886
efindlay@findlaycraft.com
Findlay Craft PC
102 North College Avenue, Suite 900
Tyler, TX 75702
P: 903-534-1100
F: 903-534-1137

***Counsel for Defendant ZTE (USA) Inc.***

/s/ *Thomas C. Wright*

Thomas C. Wright
Texas State Bar No. 24028146
Alex J. Whitman
Texas State Bar No. 24081210
Cunningham Swaim, LLP
7557 Rambler Road, Suite 400
Dallas, TX 75231
Telephone: (214) 646-1495
Fax: (214) 613-1163
twright@cunninghamswaim.com
awhitman@cunninghamswaim.com

***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being notified of the filing of this document via the Court's CM/ECF system per Local Rule CV- 5(a)(3) on this 5th day of September, 2017.

*/s/ Eric H. Findlay*
Eric H. Findlay