IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>ZTE (USA) INC.,<br><br>*Defendant*. | Case No. 2:17-CV-068-JRG-RSP<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| DISPLAY TECHNOLOGIES, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>BLU PRODUCTS, INC.,<br><br>*Defendant*. | Case No. 2:17-CV-067-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL**

Under Federal Rule of Civil Procedure 41(a), Plaintiff Display Technologies, LLC ("Plaintiff") and Defendant ZTE (USA) Inc. ("ZTE"), through their undersigned counsel, stipulate to the dismissal of all claims in Plaintiff's Complaint in this action with prejudice as to ZTE only, and the dismissal without prejudice of all defenses and counterclaims asserted by ZTE against Plaintiff.  Each of Plaintiff and ZTE shall bear its own attorneys' fees and costs.

A proposed order granting this Stipulation is submitted herewith.

Dated: October 9, 2017        Respectfully submitted,

   /s/ Scott R. Miller
Scott R. Miller
California Bar No. 112656
smiller@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
P: 213.620.1780
F: 213.620.1398


Eric H. Findlay
Texas Bar No. 00789886
efindlay@findlaycraft.com
Findlay Craft PC
102 North College Avenue, Suite 900
Tyler, TX 75702
P: 903-534-1100
F: 903-534-1137

**Counsel for Defendant ZTE (USA) Inc.**

Dated: October 9, 2017

Respectfully submitted,

*/s/ Thomas C. Wright*
Thomas C. Wright
Texas State Bar No. 24028146
Alex J. Whitman
Texas State Bar No. 24081210
Cunningham Swaim, LLP
7557 Rambler Road, Suite 400
Dallas, TX 75231
Telephone: (214) 646-1495
Fax: (214) 613-1163
twright@cunninghamswaim.com
awhitman@cunninghamswaim.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who have consented to electronic service are being notified of the filing of this document via the Court's CM/ECF system per Local Rule CV- 5(a)(3) on this 9th day of October, 2017.

*/s/ Scott R. Miller*
Scott R. Miller