IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ZTE (USA) INC., <br><br> *Defendant*. | Case No. 2:17-CV-068-JRG-RSP <br><br> **LEAD CASE** |
| DISPLAY TECHNOLOGIES, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> BLU PRODUCTS, INC., <br><br> *Defendant*. | Case No. 2:17-CV-067-JRG-RSP |

### ORDER GRANTING DISMISSAL

Upon consideration of the Stipulation of Dismissal filed by Plaintiff Display Technologies, LLC (Plaintiff) and Defendant ZTE (USA) Inc. (ZTE), the Court **ORDERS** that the claims in Plaintiff's Complaint in this action are **DISMISSED WITH PREJUDICE** as to ZTE only, and the defenses and counterclaims asserted by ZTE against Plaintiff are **DISMISSED WITH PREJUDICE**. Each of Plaintiff and ZTE shall bear its own attorneys' fees and costs.

**SIGNED this 11th day of October, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE