THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

**DISPLAY TECHNOLOGIES, LLC,**

        Plaintiff,

  v.

**ZTE (USA) INC.,**

        Defendant.

Civil Action No. 2:17-cv-00068

CONSOLIDATED LEAD CASE

JURY TRIAL DEMANDED

### JOINT PREHEARING STATEMENT

Pursuant to Patent Rule 4-3 the parties file this Joint Claim Construction and Prehearing Statement and would show the Court:

Counsel for Display Technologies, LLC and BLU Products, Inc. (the sole remaining defendant) have conferred as required by the Rules and have agreed that there are no terms that require construction. Accordingly there is no need for the Court to conduct a Claim Construction Hearing.

Respectfully submitted,

*/s/ Thomas C. Wright*
Thomas C. Wright
State Bar No. 24028146
Alex J. Whitman
State Bar No. 24081210
**CUNNINGHAM SWAIM, LLP**
7557 Rambler Road, Suite 400
Dallas, Texas 75231
Phone:  214-646-1495
Facsimile: 214-613-1163
twright@cunninghamswaim.com
awhitman@cunninghamswaim.com

**ATTORNEYS FOR PLAINTIFF DISPLAY TECHNOLOGIES, LLC**

        /s/ *Isaac S. Lew*
Bernard L. Egozi (Florida Bar No. 152544)
Isaac S. Lew (Florida Bar No. 92833)
**EGOZI & BENNETT, P.A**.
2999 NE 191 Street, Suite 407
Aventura, Florida 33180
Phone: 305-931-3000
Facsimile: 305-931-9343
begozi@egozilaw.com
ilew@egozilaw.com

**ATTORNEYS FOR DEFENDANT BLU PRODUCTS, INC.**

### CERTIFICATE OF SERVICE

The undersigned certifies that on this 1st day of November, 2017, all counsel of record were served with this document in accordance with the applicable Federal Rules of Civil Procedure.

        */s/ Thomas C. Wright*
Thomas C. Wright